FILED

02/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0004

_____

IN RE PETITION OF MARCUS H. SMITH            O R D E R

_____

In our Order of June 14, 2022, we granted Marcus H. Smith reinstatement to active status in the State Bar of Montana conditioned on an investigation by the Commission on Character and Fitness and completion of thirty hours of continuing legal education (CLE) within six months of reinstatement.  Smith completed the investigation and has obtained twelve CLE credits to date.  He has filed a petition requesting up to an additional six months to complete the CLE requirement, due to a medical condition.  He has submitted a letter from his primary care physician supporting his request.  Good cause appearing,

IT IS ORDERED that the Petition is GRANTED.  Marcus H. Smith is granted an additional six months to complete the CLE requirement for his reinstatement to active status.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this _____ day of February, 2023.

_____
Chief Justice

_____

_____

_____

_____

FILED

FEB 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____
Justices